**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **MARY PYAWASIT,** | ) | |
| | ) | **3:20-cv-00833-jdp** |
| **Plaintiff,** | ) | |
| | ) | **Judge Peterson** |
| **v.** | ) | |
| | ) | **Magistrate Judge Crocker** |
| **WEBBANK CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal ***without*** prejudice of the above-captioned action in its entirety and with each party to bear their own fees and costs.

**Date:**    October 12, 2020

**For Plaintiff,**                                            **For Defendant,**
**Mary Pyawasit**                                        **Webbank Corporation**


  s/ David M. Marco                                      s/ Erin L Hoffman
_____                                                          FAEGRE DRINKER BIDDLE & REATH LLP
SMITHMARCO, P.C.                                       2200 Wells Fargo Center
55 W. Monroe Street, Suite 1200                90 South Seventh Street
Chicago, IL 60603                                          Minneapolis, MN 55402-3901
**Telephone:**    (312) 546-6539            **Telephone:**    (612) 766-6945
**Facsimile:**      (888) 418-1277            **Facsimile:**      (612) 766-1600
**E-mail:**          dmarco@smithmarco.com    **Email:** erin.hoffman@FaegreDrinker.com

1